AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| Jose Omar Flores-Penaloza | ) | Case No. 25-mj-01043-GBW |
| *Defendant* | ) | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

X _Omar_
*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

X _Omar_
*Defendant's signature*

The United States consents to the jury-trial waiver: _/s/ Elizabeth Tonkin_
*Government representative's signature*

Elizabeth Tonkin, Special Assistant U.S. Attorney
*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

X _Omar_
*Defendant's signature*

Victoria Trull
*Printed name of defendant's attorney (if any)*

_/s/_
*Signature of defendant's attorney (if any)*

Date: 5/9/2025

Approved by: _____
*Magistrate Judge's signature*