IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 25-CR-01075-GBW |
| | ) | |
| vs. | ) | |
| | ) | |
| **JOSE OMAR FLORES-PENALOZA**, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' WITNESS LIST

The United States submits this list of witnesses that it may call during its case-in-chief at trial. The United States reserves the right to file a Witness List should additional witnesses become necessary.

1. Arturo Muñoz, U.S. Border Patrol Agent
2. Demetrios Campbell, U.S. Border Patrol Agent
3. Dustin Watson, U.S. Border Patrol Agent
4. Kendrek Staheli, U.S. Border Patrol Agent
5. David Alvidrez, U.S Border Patrol Agent

Respectfully submitted,

RYAN ELLISON
United States Attorney

*Electronically Filed 6/13/25*
ELIZABETH TONKIN
Special Assistant United States Attorney
RANDY CASTELLANO
Assistant United States Attorney
200 N. Church Street
Las Cruces, NM 88011
(575) 522-2304

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.

*<u>Electronically Filed 6/13/25</u>*
ELIZABETH TONKIN
Special Assistant United States Attorney